UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO DEQUAN POSTELL,

      Petitioner,

                                          Case No.: 2:11-cv-169

v.

                                          HON. ROBERT HOLMES BELL

JEFFREY WOODS,

      Respondent.

_____/

## ORDER AND CERTIFICATION

In accordance with the Opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. Nos. 8, 9) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's July 13, 2011, Report and Recommendation (Dkt. No. 7) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Court **HEREBY CERTIFIES** to the Attorney General that the constitutionality of 28 U.S.C. § 2244 has been called into question in this case and **DIRECTS** the Clerk of Court to provide a copy of this Order and Certification, along with the accompanying Opinion, to (1) the Attorney General of the

United States and (2) the United States Attorney for the Western District of Michigan.

Dated: <u>August 4, 2011</u>                                     <u>/s/ Robert Holmes Bell</u>
                                                      ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE